# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140161

ALFONSO LIEGHIO, ANNA LIEGHIO,
JOSEPH LIEGHIO, ENZO LIEGHIO,
BRIDGEVIEW INVESTMENTS, INC.,
MOTEL BEACHFRONT PROPERTIES, INC.,
TONY'S SUPER BRIDGEVIEW, INC., and
TONY'S SUPER BEACHFRONT, INC.,
   Plaintiffs-Appellants,

v

LOVELAND INVESTMENTS and GERALD
LOVELAND, JR.,
   Defendants-Appellees,

and

GERALD LOVELAND, SR., GAIL DANIELSON,
and GARY SMITH,
   Defendants.

SC: 140161
COA: 285393
Cheboygan CC: 04-007306-CK

_____/

   On order of the Court, the application for leave to appeal the October 29, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2010

            Clerk

p0322